D.C. No. 2:13-cr-00148-JAD-GWF-2, District of Nevada, Las Vegas

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.

**FOWLER PACKING COMPANY, INC.; Gerawan Farming, Inc., Plaintiffs–Appellants,**

v.

**David M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; Christine Baker, in her official capacity as the Director of the Department of Industrial Relations; Julie A. Su, in her official capacity as California Labor Commissioner, Defendants–Appellees.**

**No. 16-16236**

United States Court of Appeals, Ninth Circuit.

Filed December 09, 2016

D.C. No. 1:16-cv-00106-DAD-SAB, Eastern District of California, Fresno

David Schwarz, Esquire, Irell & Manella LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Mark Randolph Beckington, Supervising Deputy Attorney General, California Department of Justice, Los Angeles, CA, Thomas M. Patton, Attorney, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Wencong Fa, Pacific Legal Foundation, Sacramento, CA, for Amici Curiae African–American Farmers of California, California Farm Bureau Federation, California Fresh Fruit Association, Fresno County Farm Bureau, Nisei Farmers League, Western Growers.

Before: GOULD, CLIFTON, and WATFORD, Circuit Judges.

**ORDER**

Plaintiffs in the case appeal a district court's order dismissing claims that a Cali-

fornia law violates the Bill of Attainder Clause, U.S. Const. art. I, § 10, cl. 1 (the "bill of attainder claim"), and the Equal Protection Clause, U.S. Const. amend. XIV, § 1 (the "equal protection claim"). We conclude that the district court correctly dismissed the bill of attainder claim, but erroneously dismissed the equal protection claim. We therefore AFFIRM in part and REVERSE in part, and REMAND the case to the district court for further proceedings with respect to the equal protection claim only. A written opinion giving the court's reasoning will follow in due course.

The time for filing any petition for rehearing or petition for rehearing en banc shall be extended and shall not begin to run until the court has filed its written opinion giving its reasoning.